1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| JACOB ROGERS, | CASE NO.: SACV12-01735-JLS (ANx) |
|---|---|
| Plaintiff, | |
| v. | **JUDGMENT** |
| THE ORANGE COUNTY TRANSIT AUTHORITY, a political subdivision of the State of California; ORANGE COUNTY, a political subdivision of the State of California; ERNESTITO A. TORRES, R. FAIRWEATHER (#3355) DOES I through X, inclusive, | |
| Defendants. | |

This Court, having dismissed Plaintiff's false arrest and right to travel claims by Minute Order dated May 29, 2013, and having granted summary judgment in Defendants' favor with respect to Plaintiff's excessive force, due process, and malicious prosecution claims, and having dismissed Plaintiff's *Monell* claim against Defendant OCTA,

NOW, THEREFORE, IT IS ORDERED AND ADJUDGED that this Judgment be entered in favor of Defendants OCTA, Fairweather, and Torres and against Plaintiff Rogers, that Plaintiff Rogers take nothing, and that Defendants

1

1 | OCTA, Fairweather, and Torres recover their taxable costs pursuant to 28 U.S.C. §
2 | 1920.

7 | Dated:  June 27, 2014

**SO ORDERED:**

_____
Honorable Josephine L. Staton
United States District Judge

2